ZBIGNIEW SZEWCZYK *v.* DEPARTMENT OF SOCIAL SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court, 77 Conn. App. 38 (AC 22134), is granted, limited to the following issue:

"Did the Appellate Court improperly find that the plaintiff did not suffer from an emergency medical condition under the definition of that term as set forth in the department of social services Uniform Policy Manual?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17034.

*Thomas J. Riley*, in support of the petition.

*Tanya Feliciano*, assistant attorney general, in opposition.

Decided July 22, 2003